IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MELISSA ARMSTRONG, ROLAND NADEAU, KARYN RAY, LINDA GORDAN, ERIK HEINRICH, SANDRA GREEN, and RUTH BOGUE, individually and on behalf of other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION,<br><br>Defendant. | Civil Action No. 3:20-CV-3150-M<br><br>(CONSOLIDATED WITH CIVIL ACTION NO. 3:21-CV-01484-M) |

## JOINT MOTION TO CONTINUE PENDING DEADLINES

Plaintiffs Melissa Armstrong, Roland Nadeau, Karyn Ray, Linda Gordan, Erik Heinrich, Sandra Green, and Ruth Bogue ("Plaintiffs") and Defendant Kimberly-Clark Corporation, by and through their undersigned attorneys, respectfully move the Court to enter an order holding all deadlines in abeyance pending mediation. In support of their motion, the parties state as follows:

1. On August 19, 2021, the Court continued deadlines in this case after the parties had reported that they were continuing to exchange information and evaluate potential settlement of this matter.

2. Since the Court continued those deadlines, the parties have continued to discuss this matter, and have agreed to proceed with a mediation and have agreed to a mediator.

3. The mediator has offered dates for the parties in December 2021, and the parties are in the process of selecting a date.

4. In light of this mediation, the parties request that the Court hold current dates in abeyance pending the mediation. The parties propose that they participate in the mediation, then

provide a status report to the Court following the mediation, in which they will advise the Court on the status of settlement discussions and whether a schedule for pleadings, motions, and a scheduling conference needs to be set at that time.

5. Accordingly, the parties propose that they submit a Joint Report regarding the mediation on December 20, 2021. In that report, they will report on the mediation and propose next steps for the litigation.

6. For the foregoing reasons, the Parties respectfully request that the Court grant this motion and enter the deadlines proposed herein.

Respectfully submitted this 15th day of September, 2021.

/s/ *Heather L. Richardson* (with permission)
**Gibson, Dunn & Crutcher LLP**
Veronica S. Lewis
Texas Bar No. 24000092
Timothy W. Loose*
Heather L. Richardson*
Andrew LeGrand
Texas Bar No. 24070132
Katherine C. Yarger**
2001 Ross Ave., Suite 2100
Dallas, TX 75201-2923
Tel: (214) 698-3100
Fax: (214) 571-2936
vlewis@gibsondunn.com
tloose@gibsondunn.com
hrichardson@gibsondunn.com
alegrand@gibsondunn.com
kyarger@gibsondunn.com

**Pro Hac Vice*
***Pro Hac Vice* Application Forthcoming

**ATTORNEYS FOR DEFENDANT KIMBERLY-CLARK CORPORATION**

/s/ *Joshua L. Hedrick*
**Hedrick Kring, PLLC**
Joshua L. Hedrick
Texas Bar No. 24061123
Mark A. Fritsche
Texas Bar No. 24100095
1700 Pacific Ave., Suite 4650
Dallas, TX 75201
Tel: (214) 880-9600
Fax: (214) 481-1844
Josh@HedrickKring.com
Mark@Hedrickkring.com

**Stueve Siegel Hanson LLP**
Patrick J. Stueve*
J. Austin Moore*
Abby McClellan*
Crystal Cook Leftridge*
Michael R. Owens*
460 Nichols Rd., Ste. 200
Kansas City, MO 64112
Tel: (816) 714-7100
stueve@stuevesiegel.com
moore@stuevesiegel.com
mcclellan@stuevesiegel.com
cook@stuevesiegel.com
owens@stuevesiegel.com

**Pro Hac Vice*

**ATTORNEYS FOR PLAINTIFFS MELISSA ARMSTRONG, ROLAND NADEAU, KARYN RAY, LINDA GORDAN, ERIK HEINRICH, SANDRA GREEN, and RUTH BOGUE**

**Lewis Johs Avallone Avilles, LLP**
James F. Murphy*
Jordan S. Palatiello*
One CA Plaza, Suite 225
Islandia, New York 11749
Tel:  (631) 755-0101
jfmurphy@lewisjohs.com
jspalatiello@lewisjohs.com

*Pro Hac Vice*

**Reese, LLP**
Michael R. Reese**
100 West 93rd Street, 16th Floor
New York, New York 10025
mreese@reesellp.com

**Pro Hac Vice* Application Forthcoming

**ATTORNEYS FOR PLAINTIFF DAWN ROTHFELD**

**CERTIFICATE OF SERVICE**

On September 15, 2021, I caused to be electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                                            */s/ Joshua L. Hedrick*
                                                                            Joshua L. Hedrick