# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| MELISSA ARMSTRONG, ROLAND NADEAU, KARYN RAY, LINDA GORDAN, ERIK HEINRICH, SANDRA GREEN, and RUTH BOGUE, individually and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION,<br><br>Defendant. | Civil Action No. 3:20-cv-03150-M<br>LEAD CASE<br><br>(Consolidated with Civil Action No. 3:21-cv-01484-M) |

## **ORDER**

Before the Court is the Joint Status Report, in which the parties request that the Court enter deadlines relating to third-party discovery and filing of an amended consolidated complaint along with an associated briefing schedule. (ECF No. 46). The parties' request is **GRANTED**.

IT IS ORDERED as follows:

1. Plaintiffs may serve third-party discovery beginning on February 28, 2022.

2. The parties shall submit a joint report and proposed scheduling order, as required by this Court's December 16, 2020, Order (ECF No. 17), on or before March 29, 2022.

3. Plaintiffs shall file a consolidated amended complaint on or before March 29, 2022.

4. Kimberly-Clark shall file a responsive pleading to the consolidated amended complaint on or before April 28, 2022.

5. Plaintiffs shall file an opposition brief on or before May 30, 2022.

6. Kimberly-Clark shall file a reply brief, if any, on or before June 13, 2022. The page limit extensions previously granted in this Court's January 19, 2021, Order (ECF No. 25) shall remain in effect.

**SO ORDERED**.

January 31, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE