# UNITED STATES DISTRICT COURT
### for the
## NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2022 MAR 25  AM 9: 14

DEPUTY CLERK _____

| | |
|---|---|
| MELISSA ARMSTRONG, et al., | § |
| | § |
| | § |
| Plaintiff(s), | § |
| vs. | § |
| | § |
| KIMBERLY-CLARK CORPORATION, | § |
| Defendant(s). | § |

Civil Action No. **3:20-CV-3150-M**

## RETURN OF SERVICE

Came to my hand on **Thursday, March 24, 2022 at 9:14 AM,**
Executed at: **1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201**
at **9:30 AM,** on **Thursday, March 24, 2022,**
by delivering to the within named:

### SUPERVALU, INC.

by delivering to its **Registered Agent, CT CORPORATION SYSTEM**
by personally delivering to its **Authorized Employee, KIRK ATKINS**
a true copy of this

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION with EXHIBITS A & B

having first endorsed thereon the date of the delivery.

BEFORE ME, the undersigned authority, on this day personally appeared Tracy Edwards who after being duly sworn on oath states: "My name is Tracy Edwards. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process, I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP.

By: _____

**Tracy Edwards** - PSC 1872 - Exp 03/31/24
served@specialdelivery.com

Subscribed and Sworn to by Tracy Edwards, Before Me, the undersigned authority, on this
24 th day of March, 2022.

MICHAEL S HARP
Notary Public
STATE OF TEXAS
ID# 12499806-6
My Comm. Exp. July 23, 2024

_____
**Notary Public in and for the State of Texas**

AO 88B  (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Texas

| | |
|---|---|
| Melissa Armstrong, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  3:20-CV-3150-M |
| Kimberly-Clark Corporation | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:     SuperValu, Inc. c/o CT Corporation System Inc., 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Attached Exhibit A - Documents Requested by Subpoena.

| Place: Hedrick Kring Bailey PLLC c/o Joshua Hedrick<br>1700 Pacific Ave., Suite 4650, Dallas TX 75201<br>josh@hedrickkring.com | Date and Time:<br>4/28/22 |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     03/22/2022

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | *[signature]* |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Melissa Armstrong, et al. _____ , who issues or requests this subpoena, are:

Joshua L. Hedrick; Hedrick Kring Bailey PLLC 1700 Pacific Ave., Suite 4650, Dallas TX 75201; (214) 880-9600;
josh@hedrickking.com

### Notice to the person who issues or requests this subpoena
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed.  Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 3:20-CV-3150-M

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

    ❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

    ❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

                                                      *Server's signature*

RETURN / AFFIDAVIT
PROOF / ATTACHED

                                                      *Printed name and title*

                                                      *Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

### (c) Place of Compliance.

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

### (d) Protecting a Person Subject to a Subpoena; Enforcement.

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

### (e) Duties in Responding to a Subpoena.

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

### (g) Contempt.
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## EXHIBIT A

### Instructions

1.      To the extent any document, data, or records requested herein exists in electronic format, it should be produced in its native electronic format unless otherwise agreed among counsel for the parties. If the documents, data, or records cannot be presented in the format requested, please confer with Plaintiffs' counsel regarding the format for production.

### Definitions

1.      "Document" includes electronically-stored information (ESI) and is otherwise synonymous with the term "document" as used in Federal Rule of Civil Procedure 34.

2.      "Recalled Products" is defined as Cottonelle Flushable Wipes-branded products manufactured between February 7, 2020, and September 14, 2020, that were subject to a manufacturer recall by the Kimberly-Clark Corporation. A list of stock-keeping units (SKU) and lot numbers associated with Recalled Products is attached as Exhibit B.

3.      "You" or "Your" means: SuperValu, Inc. and anyone acting on behalf of SuperValu, Inc.

### Documents

1.      Documents reflecting the name, address, email address, and telephone number of every individual who purchased Recalled Products from all Your locations.

2.      For each individual identified in response to Request No. 1, please provide Documents reflecting the following information for each individual's purchase(s) of Recalled Products:

      a.   Retail purchase location;

      b.   SKU/lot number of product;

     c.  Method of payment (*i.e.*, Visa credit card);

     d.  Date of purchase; and

     e.  Amount of purchase.

3.    If You sent any individual identified in response to Request No. 1 a notice relating to the Recalled Product, please provide Documents reflecting the following information:

     a.  The text of the notice (a copy of the template notice is sufficient if the same for all customers);

     b.  The method of notice (*i.e.*, direct mail, e-mail)

     c.  The date of notice;

     d.  The contact information associated with notice recipient (name, address, email address, and telephone number) if different than the information provided in response to Request No. 1.

4.    If You sent notices relating to the Recalled Product, please provide Documents reflecting the total number of notices sent, categorized by state.

5.    If any individual identified in response to Request No. 1 requested or received a refund from You for their purchase of Recalled Products, please provide Documents reflecting the following information:

     a.  All correspondence relating to the refund request;

     b.  Retailer refund location;

     c.  SKU/lot number of refunded product;

     d.  Method of refund (*i.e.*, Visa credit card);

     e.  Date of refund; and

     f.  Amount of refund.

6.     Documents reflecting all communications to or from customers relating to Recalled Products.

7.     Documents reflecting Your total sales of the Recalled Products across all retail locations.

8.     Documents reflecting the total amounts of refunds You offered to customers and that were accepted by customers relating to Recalled Products across all retail locations.

EXHIBIT B

| SKU | 104493203 | 104654601 | 104654602 | 104853301 | 104856201 | 104867401 | 104898401 | 104898402 | 104977601 |
|---|---|---|---|---|---|---|---|---|---|
| Sales Code or WIP | Sales | WIP | WIP | Sales | Sales | Sales | WIP | Sales | Sales |
| Copack or Base | Base | N/A | N/A | Base | Base | Base | N/A | Base | Base |
| | BI005505X | BI004105X | BI007005X | BI003905X | BI003805X | BI005305X | BI006205X | BI006405X | BI005005X |
| | BI005605X | BI004205X | BI007105X | BI004005X | BI003905X | BI005405X | BI006305X | BI011705X | |
| | BI005705X | BI004305X | BI007705X | BI004105X | BI004305X | BI006805X | BI006405X | BI011805X | |
| | BI006905X | BI004805X | BI007805X | BI004405X | BI004405X | BI006905X | | BI011905X | |
| | BI007005X | BI004905X | BI008205X | BI004505X | BI007105X | BI007305X | | BI012005X | |
| | | BI006105X | BI008305X | BI004605X | BI007205X | BI007405X | | BI013205X | |
| | | BI006205X | BI008405X | BI004705X | BI007405X | BI009205X | | BI013305X | |
| | | BI007405X | BI008505X | BI004805X | BI007805X | BI010005X | | BI013405X | |
| | | BI007505X | BI009605X | BI005005X | BI007905X | BI010105X | | BI014705X | |
| | | BI007605X | BI009705X | BI005105X | BI008505X | BI015105X | | BI014805X | |
| | | BI007705X | BI009805X | BI005205X | BI008605X | BI015205X | | BI016105X | |
| | | | BI010305X | BI005305X | BI008705X | BI019105X | | BI016205X | |
| | | | BI010405X | BI005705X | BI008805X | BI019205X | | BI017105X | |
| | | | BI010505X | BI005805X | BI009505X | BI023605X | | BI017205X | |
| | | | BI010605X | BI005905X | BI009605X | | | BI017305X | |
| | | | BI013805X | BI006005X | BI010105X | | | BI018905X | |
| | | | BI013905X | BI006105X | BI010205X | | | BI019005X | |
| | | | BI014005X | BI006505X | BI010305X | | | BI021705X | |
| | | | BI017305X | BI006605X | BI010805X | | | BI021805X | |
| | | | BI017405X | BI006705X | BI010905X | | | BI023105X | |
| | | | | BI006805X | BI011005X | | | BI023205X | |
| | | | | BI007205X | BI011105X | | | BI024405X | |
| | | | | BI007305X | BI011505X | | | BI024505X | |
| | | | | BI008005X | BI011605X | | | BI024605X | |
| | | | | BI008105X | BI011705X | | | | |
| | | | | BI008205X | BI012005X | | | | |
| | | | | BI008805X | BI012105X | | | | |
| | | | | BI008905X | BI012205X | | | | |
| | | | | BI009005X | BI012305X | | | | |
| | | | | BI009105X | BI014405X | | | | |
| | | | | BI009205X | BI014505X | | | | |
| | | | | BI009305X | BI014605X | | | | |
| | | | | BI009405X | BI015205X | | | | |
| | | | | BI009505X | BI015305X | | | | |
| | | | | BI009905X | BI015405X | | | | |
| | | | | BI010005X | BI015505X | | | | |
| | | | | BI010605X | BI015705X | | | | |
| | | | | BI010705X | BI015805X | | | | |
| | | | | BI010805X | BI015905X | | | | |
| | | | | BI011305X | BI016505X | | | | |
| | | | | BI011405X | BI016605X | | | | |
| | | | | BI011505X | BI016705X | | | | |
| | | | | BI012705X | BI017505X | | | | |
| | | | | BI012805X | BI017605X | | | | |
| | | | | BI012905X | BI018005X | | | | |
| | | | | BI013005X | BI018105X | | | | |
| | | | | BI013405X | BI018205X | | | | |
| | | | | BI013505X | BI018605X | | | | |
| | | | | BI013605X | BI018705X | | | | |
| | | | | BI013705X | BI019205X | | | | |
| | | | | BI014105X | BI019305X | | | | |
| | | | | BI014205X | BI019405X | | | | |
| | | | | BI014305X | BI020005X | | | | |
| | | | | BI014405X | BI020105X | | | | |
| | | | | BI014805X | BI020705X | | | | |
| | | | | BI014905X | BI020805X | | | | |
| | | | | BI015005X | BI020905X | | | | |
| | | | | BI015105X | BI021305X | | | | |
| | | | | BI015505X | BI021405X | | | | |
| | | | | | BI022105X | | | | |

| SKU | 104493203 | 104654601 | 104654602 | 104853301 | 104856201 | 104867401 | 104898401 | 104898402 | 104977601 |
|---|---|---|---|---|---|---|---|---|---|
| Sales Code or WIP | Sales | WIP | WIP | Sales | Sales | Sales | WIP | Sales | Sales |
| Copack or Base | Base | N/A | N/A | Base | Base | Base | N/A | Base | Base |
| | | | | BI015605X | BI022205X | | | | |
| | | | | BI015705X | BI022305X | | | | |
| | | | | BI016205X | BI022705X | | | | |
| | | | | BI016305X | BI022805X | | | | |
| | | | | BI016405X | BI023705X | | | | |
| | | | | BI016505X | BI023805X | | | | |
| | | | | BI016905X | BI024105X | | | | |
| | | | | BI017005X | BI024905X | | | | |
| | | | | BI017605X | BI025005X | | | | |
| | | | | BI017705X | BI025105X | | | | |
| | | | | BI017805X | | | | | |
| | | | | BI017905X | | | | | |
| | | | | BI018005X | | | | | |
| | | | | BI018305X | | | | | |
| | | | | BI018405X | | | | | |
| | | | | BI018505X | | | | | |
| | | | | BI019005X | | | | | |
| | | | | BI019105X | | | | | |
| | | | | BI019705X | | | | | |
| | | | | BI019805X | | | | | |
| | | | | BI019905X | | | | | |
| | | | | BI020005X | | | | | |
| | | | | BI020405X | | | | | |
| | | | | BI020505X | | | | | |
| | | | | BI020605X | | | | | |
| | | | | BI020705X | | | | | |
| | | | | BI021105X | | | | | |
| | | | | BI021205X | | | | | |
| | | | | BI021305X | | | | | |
| | | | | BI021805X | | | | | |
| | | | | BI021905X | | | | | |
| | | | | BI022005X | | | | | |
| | | | | BI022105X | | | | | |
| | | | | BI022505X | | | | | |
| | | | | BI022605X | | | | | |
| | | | | BI022705X | | | | | |
| | | | | BI023205X | | | | | |
| | | | | BI023305X | | | | | |
| | | | | BI023405X | | | | | |
| | | | | BI023505X | | | | | |
| | | | | BI023605X | | | | | |
| | | | | BI023905X | | | | | |
| | | | | BI024005X | | | | | |
| | | | | BI024105X | | | | | |
| | | | | BI024605X | | | | | |
| | | | | BI024705X | | | | | |
| | | | | BI024805X | | | | | |
| | | | | BI024905X | | | | | |
| | | | | BI025305X | | | | | |
| | | | | BI025405X | | | | | |
| | | | | BI025505X | | | | | |
| | | | | BI025605X | | | | | |

| 105099400 | 105111600 | 105123500 | 105239000 | 105284600 | 103597006 | 104064605 | 104347802 | 104401902 | 104725101 |
|---|---|---|---|---|---|---|---|---|---|
| Sales/WIP | WIP | WIP | WIP | Sales/WIP | Sales | Sales | Sales | Sales | Sales |
| Base/Copack | Base | Base | Base | Base/Copack | Copack | Copack | Copack | Copack | Copack |
| BI005405X | BI011105X | BI003905X | BI019505X | BI005705X | BI004521X | BI008506X | BI004321X | BI004821X | SR005502X |
| BI005505X | BI011205X | BI005705X | BI019605X | | BI005021X | BI008606X | BI004421X | BI004921X | SR005602X |
| | BI011305X | BI006505X | BI019705X | | BI005121X | BI010406X | BI004921X | BI005821X | SR006202X |
| | BI012305X | BI007905X | BI021605X | | BI005221X | BI010506X | BI005021X | BI007221X | SR006902X |
| | BI012405X | BI008005X | BI021705X | | BI005921X | BI013906X | BI005621X | BI007321X | |
| | BI012505X | | BI022805X | | BI006021X | BI014006X | BI005721X | BI007721X | |
| | BI012605X | | BI022905X | | BI006321X | BI014106X | BI006321X | BI007821X | |
| | BI012705X | | BI024105X | | BI007021X | BI014706X | BI006421X | BI008521X | |
| | BI013005X | | BI024205X | | BI007121X | BI014806X | BI006521X | BI008621X | |
| | BI013105X | | BI024305X | | BI007221X | BI014906X | BI006921X | BI009021X | |
| | BI013205X | | | | BI007821X | BI018106X | BI007021X | BI009121X | |
| | BI014005X | | | | BI007921X | BI018206X | BI007721X | BI009721X | |
| | BI014105X | | | | BI008021X | | BI008421X | BI009821X | |
| | BI014605X | | | | BI008621X | | BI008521X | BI009921X | |
| | BI014705X | | | | BI008721X | | BI013921X | BI010421X | |
| | BI015905X | | | | BI008821X | | BI014021X | BI010521X | |
| | BI016005X | | | | BI009206X | | BI014121X | BI018121X | |
| | BI016105X | | | | BI009221X | | SR007602X | BI018221X | |
| | BI016705X | | | | BI009306X | | SR007702X | SR009002X | |
| | BI016805X | | | | BI009321X | | SR007802X | SR009102X | |
| | BI016905X | | | | BI009406X | | SR008602X | SR009202X | |
| | BI017005X | | | | BI009421X | | SR008702X | SR009302X | |
| | BI017105X | | | | BI009506X | | SR009002X | SR009702X | |
| | BI017405X | | | | BI009521X | | SR009102X | SR009802X | |
| | BI017505X | | | | BI009906X | | SR009202X | SR010402X | |
| | BI018205X | | | | BI009921X | | SR009302X | SR010502X | |
| | BI018305X | | | | BI010006X | | SR009402X | SR010602X | |
| | BI018705X | | | | BI010021X | | SR009502X | SR010702X | |
| | BI018805X | | | | BI010106X | | SR009702X | SR010802X | |
| | BI018905X | | | | BI010121X | | SR009802X | SR011102X | |
| | BI019405X | | | | BI010206X | | SR009902X | SR014702X | |
| | BI019505X | | | | BI010221X | | SR010002X | SR014802X | |
| | BI020105X | | | | BI010506X | | SR010102X | SR014902X | |
| | BI020205X | | | | BI010521X | | SR010402X | SR015002X | |
| | BI020305X | | | | BI010606X | | SR010502X | SR015302X | |
| | BI020405X | | | | BI010621X | | SR010602X | SR015402X | |
| | BI020905X | | | | BI010706X | | SR010702X | SR015502X | |
| | BI021005X | | | | BI010721X | | SR010802X | | |
| | BI021105X | | | | BI010806X | | SR011102X | | |
| | BI021405X | | | | BI010821X | | SR011202X | | |
| | BI021505X | | | | BI010906X | | SR011302X | | |
| | BI021605X | | | | BI010921X | | SR011402X | | |
| | BI022305X | | | | BI014121X | | SR011502X | | |
| | BI022405X | | | | BI014221X | | SR011802X | | |
| | BI022505X | | | | BI014321X | | SR011902X | | |
| | BI022905X | | | | BI014421X | | SR012002X | | |
| | BI023005X | | | | BI014721X | | SR012102X | | |
| | BI023105X | | | | BI014821X | | SR012502X | | |
| | BI023805X | | | | BI014921X | | SR012602X | | |
| | BI023905X | | | | BI015021X | | SR012702X | | |
| | BI024305X | | | | BI015121X | | SR012802X | | |
| | BI024405X | | | | BI017421X | | SR012902X | | |
| | BI025105X | | | | BI017521X | | SR013202X | | |
| | BI025205X | | | | BI017621X | | SR013302X | | |
| | BI025305X | | | | BI017721X | | SR013202X | | |
| | BI025605X | | | | BI017821X | | SR013302X | | |
| | BI025705X | | | | BI017921X | | SR013402X | | |
| | BI025805X | | | | BI018221X | | SR013502X | | |
| | | | | | BI018321X | | | | |

| 105099400 | 105111600 | 105123500 | 105239000 | 105284600 | 103597006 | 104064605 | 104347802 | 104401902 | 104725101 |
|---|---|---|---|---|---|---|---|---|---|
| Sales/WIP | WIP | WIP | WIP | Sales/WIP | Sales | Sales | Sales | Sales | Sales |
| Base/Copack | Base | Base | Base | Base/Copack | Copack | Copack | Copack | Copack | Copack |
| | | | | | BI018421X | | SR013602X | | |
| | | | | | BI018521X | | SR013702X | | |
| | | | | | SR007602X | | SR014102X | | |
| | | | | | SR007702X | | SR014202X | | |
| | | | | | SR008602X | | SR014302X | | |
| | | | | | SR008702X | | SR014702X | | |
| | | | | | SR009002X | | SR014802X | | |
| | | | | | SR009102X | | SR014902X | | |
| | | | | | SR009202X | | SR015002X | | |
| | | | | | SR009302X | | SR015102X | | |
| | | | | | SR009402X | | SR015302X | | |
| | | | | | SR009502X | | SR015402X | | |
| | | | | | SR009702X | | SR015502X | | |
| | | | | | SR009802X | | SR017702X | | |
| | | | | | SR010002X | | SR017802X | | |
| | | | | | SR010102X | | SR017902X | | |
| | | | | | SR010402X | | SR018102X | | |
| | | | | | SR010502X | | SR018202X | | |
| | | | | | SR010602X | | SR018402X | | |
| | | | | | SR010702X | | SR018502X | | |
| | | | | | SR010802X | | SR018802X | | |
| | | | | | SR011102X | | SR018902X | | |
| | | | | | SR011202X | | SR019002X | | |
| | | | | | SR011302X | | SR019102X | | |
| | | | | | SR011502X | | SR019202X | | |
| | | | | | SR011802X | | SR019302X | | |
| | | | | | SR011902X | | SR019502X | | |
| | | | | | SR012002X | | | | |
| | | | | | SR012102X | | | | |
| | | | | | SR012202X | | | | |
| | | | | | SR012802X | | | | |
| | | | | | SR012902X | | | | |
| | | | | | SR013202X | | | | |
| | | | | | SR013302X | | | | |
| | | | | | SR013402X | | | | |
| | | | | | SR014202X | | | | |
| | | | | | SR014302X | | | | |
| | | | | | SR014402X | | | | |
| | | | | | SR014702X | | | | |
| | | | | | SR014802X | | | | |
| | | | | | SR014902X | | | | |
| | | | | | SR015002X | | | | |
| | | | | | SR015102X | | | | |
| | | | | | SR015302X | | | | |
| | | | | | SR015402X | | | | |
| | | | | | SR015502X | | | | |
| | | | | | SR017702X | | | | |
| | | | | | SR017802X | | | | |
| | | | | | SR017902X | | | | |
| | | | | | SR018102X | | | | |
| | | | | | SR018202X | | | | |
| | | | | | SR019002X | | | | |
| | | | | | SR019102X | | | | |
| | | | | | SR019202X | | | | |
| | | | | | SR019302X | | | | |