IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MELISSA ARMSTRONG, ROLAND NADEAU, KARYN RAY, LINDA GORDAN, ERIK HEINRICH, SANDRA GREEN, RUTH BOGUE, ANN RADER, KAREN ZAMBELLI, BARBARA RAUCH, MARK LEVIT, COURTNEY CONLEY, JANNET RAY, TRACEY ALEXANDER, ADRIAN LEWIS, MITCHELL CRAVEN, DANIEL KAPLAN, STEPHEN SIMPSON, ROSETTA TURNER, DONNA STYX, JAMIE CHIPMAN, and DAWN ROTHFELD, individually and on behalf of other similarly situated persons, | Civil Action No. 3:20-CV-3150-M LEAD CASE (Consolidated With Civil Action No. 3:21-CV-01484-M) |
| Plaintiffs, | |
| v. | |
| KIMBERLY-CLARK CORPORATION, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the undersigned attorney hereby notifies the Court and parties that Michael Owens withdraws as counsel for Plaintiffs in the above-captioned matter. Mr. Owens is no longer affiliated with the law firm of Stueve Siegel Hanson LLP. The undersigned counsel will remain as counsel of record for the Plaintiffs.

Dated: April 6, 2022　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　**STUEVE SIEGEL HANSON LLP**

　　　　　　　　　　　　　　　　　　　　　/s/ Patrick J. Stueve　　　　　　　
　　　　　　　　　　　　　　　　　　　Patrick J. Stueve*
　　　　　　　　　　　　　　　　　　　J. Austin Moore*
　　　　　　　　　　　　　　　　　　　Abby McClellan*
　　　　　　　　　　　　　　　　　　　Crystal Cook Leftridge*
　　　　　　　　　　　　　　　　　　　460 Nichols Rd., Ste. 200
　　　　　　　　　　　　　　　　　　　Kansas City, MO 64112
　　　　　　　　　　　　　　　　　　　Tel: (816) 714-7100
　　　　　　　　　　　　　　　　　　　stueve@stuevesiegel.com
　　　　　　　　　　　　　　　　　　　moore@stuevesiegel.com
　　　　　　　　　　　　　　　　　　　mcclellan@stuevesiegel.com
　　　　　　　　　　　　　　　　　　　cook@stuevesiegel.com
　　　　　　　　　　　　　　　　　　　*_Admitted Pro Hac Vice_


　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFFS


**CERTIFICATE OF SERVICE**

　　I certify that on April 6, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to counsel of record.


　　　　　　　　　　　　　　　　　　　_s/ Patrick J. Stueve_　　　　　　　　
　　　　　　　　　　　　　　　　　　　Patrick J. Stueve