IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MELISSA ARMSTRONG, *et al.*, individually and on behalf of other similarly situated persons,<br><br>  Plaintiffs,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION,<br><br>  Defendant. | Civil Action No. 3:20-CV-3150-M<br>LEAD CASE<br><br>(Consolidated With Civil Action No. 3:21-CV-01484-M) |

## JOINT STATUS REPORT

Plaintiffs and Defendant Kimberly-Clark Corporation, by and through their undersigned attorneys, respectfully submit the following joint status report:

1. On October 18, 2022, the parties filed a joint motion to stay the case to facilitate settlement discussions. *See* Dkt. 100. The Court granted the motion and ordered the parties to submit a joint status report within 60 days to provide an update on the status of settlement. *See* Dkt. 101.

2. The Court extended that deadline to February 9, 2023 to accommodate the scheduling of an additional mediation session. *See* Dkt. 103.

3. The parties participated in a third mediation session with the Honorable Deborah Hankinson on January 10, 2022.

4. Following the mediation, both parties accepted the mediator's proposal on the monetary terms of a settlement. The parties notified the Court of this development in their February 9 status report. *See* Dkt. 104.

5. While the parties hoped to have an agreement finalized prior to the filing of this report, the parties continue to negotiate the non-monetary terms of settlement and have engaged Justice Hankinson to help resolve any remaining disputes. The parties are simultaneously working with third parties who were previously issued subpoenas to obtain class member information for purposes of providing notice. The parties anticipate finalizing their discussions within the next 45 days and propose submitting a joint status report to the Court on or before April 24, 2023.

Dated: March 9, 2023                Respectfully submitted,

/s/ Joshua L. Hedrick
**HEDRICK KRING BAILEY PLLC**
Joshua L. Hedrick
Mark A. Fritsche

**STUEVE SIEGEL HANSON LLP**
Patrick J. Stueve
J. Austin Moore
Abby McClellan
Crystal Cook Leftridge
Jordan A. Kane

**LEWIS JOHS AVALLONE AVILES, LLP**

James F. Murphy
Jordan S. Palatiello
Michael J. Del Piano

**REESE LLP**
Michael R. Reese

*Attorneys for Plaintiffs and the Proposed Classes*


*/s/ Heather L. Richardson*
**GIBSON, DUNN & CRUTCHER LLP**
Veronica S. Lewis
Timothy W. Loose
Heather L. Richardson
Andrew LeGrand

*Attorneys for Defendant Kimberly-Clark Corp.*


## CERTIFICATE OF SERVICE

On March 9, 2023, I caused to be electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Joshua L. Hedrick*
Joshua L. Hedrick

3