IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MELISSA ARMSTRONG, *et al.*, individually and on behalf of other similarly situated persons,<br><br>   Plaintiffs,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION,<br><br>   Defendant. | Civil Action No. 3:20-CV-3150-M<br>LEAD CASE<br><br>(Consolidated With Civil Action No. 3:21-CV-01484-M) |

## FINAL JUDGMENT

On March 14, 2024, the Court entered its Memorandum Opinion and Order Granting Final Approval of Class Action Settlement and Awarding Attorneys' Fees, Expenses and Service Awards. Accordingly, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this case is **DISMISSED WITH PREJUDICE.**

   **SO ORDERED**.

March 14, 2024.

_____
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE