IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MELISSA ARMSTRONG, *et al.*, | § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Case No. 3:20-cv-03150-K |
| KIMBERLY-CLARK CORPORATION, | | |
| Defendant. | | |

## ORDER DENYING PROPOSED INTERVENOR'S EMERGENCY MOTION FOR EXPEDITED CONSIDERATION

On this day the Court considered Proposed Intervenor National Fire & Marine Insurance Company's (Movant) Emergency Motion for Expedited Consideration of its Motion to Intervene (ECF No. 155). The Motion seeks relief that is injunctive in nature, but Movant has not shown that it is entitled to such relief under Federal Rule of Civil Procedure 65. Accordingly, the Court DENIES the Emergency Motion for Expedited Consideration. The Court will consider Movant's Motion to Intervene (ECF No. 131), which was filed on May 22, 2025 and fully briefed as of June 24, 2025, in due course.

**SO ORDERED** on July 1, 2025.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE