IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARMSTRONG, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 3:20-cv-03150-K |
| | § | |
| KIMBERLY-CLARK | § | |
| CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER SETTING HEARING

Before the Court is Proposed Intervenor National Fire & Marine Insurance Company's (National Fire) Motion to Intervene (ECF No. 131). Judge Kinkeade referred the Motion to United States Magistrate Judge Rebecca Rutherford (ECF No. 138). To facilitate the disposition of the motion, the Court sets the motion for a hearing on **August 15, 2025 at 1:30PM**. The hearing will be held **in person**, convening in Courtroom 1306 on the 13th Floor of the Earle Cabell Federal Building and Courthouse, 1100 Commerce St., Dallas, Texas. Counsel for Plaintiffs and National Fire must attend.

**SO ORDERED**.

July 24, 2025.

REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE