IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MELISSA ARMSTRONG, *et al.*, individually and on behalf of other similarly situated persons,<br><br>    Plaintiffs,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION,<br><br>    Defendant. | Case No. 3:20-cv-03150-K |

**STIPULATION REGARDING LIMITED DISCLOSURE OF SETTLEMENT
CLAIMANT INFORMATION AND SETTLEMENT FUNDING DEADLINE**

Plaintiffs and Defendant Kimberly-Clark Corporation ("Kimberly-Clark") (together, the "Parties") jointly submit this Stipulation for entry by the Court. The purpose of this Stipulation is to authorize the limited disclosure of certain Settlement Class claimant information under the protections of the Court's Stipulated Protective Order and to establish strict limits on the use, handling, and confidentiality of that information. This Stipulation also confirms the agreed deadline for funding the Settlement in accordance with the Settlement Agreement and the Court's continuing jurisdiction.

WHEREAS:

1.      Plaintiffs entered into a Court-approved Settlement Agreement with Defendant Kimberly-Clark in the above-captioned action. *See* ECF No. 117-1.

2. The Court retains continuing jurisdiction over the Action, the Parties, and the Settlement Class, including the administration, consummation, and enforcement of the Settlement Agreement. *See* ECF No. 129, ¶ 7.

3. The Settlement Agreement does not directly address the sharing of claims data with third parties. Under Settlement Agreement § 8.1(l), the Settlement Administrator shall perform any function related to settlement administration at the agreed-upon instruction of Class Counsel and Kimberly-Clark's counsel.

4. Plaintiffs and Kimberly-Clark jointly direct the Court-appointed Settlement Administrator, Kroll Settlement Administration ("Kroll"), to disclose to Kimberly-Clark's insurer, National Fire & Marine Insurance Company ("Insurer"), the names of individual claimants and the approved claim amount for each claimant under the Settlement Agreement, subject to the terms and limitations set forth herein. This disclosure shall be made solely to enable the Insurer to administer coverage obligations under its applicable insurance policy with Kimberly-Clark.

5. The Court has entered a Stipulated Protective Order governing confidential information in this litigation. *See* ECF No. 95.

6. Kimberly-Clark previously disputed the sufficiency of the Settlement Administrator's notice to trigger the funding deadline under § 6.1 of the Settlement Agreement. The Parties have now resolved that dispute and agree on the funding deadline under § 6.1 of the Settlement Agreement, as set forth below.

NOW, THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs and Kimberly-Clark, through their undersigned counsel, that:

1. All claimant information disclosed pursuant to this Stipulation shall be designated as "Confidential" under the Stipulated Protective Order. By accepting such information, the

Insurer shall be bound by the terms of both the Protective Order and any order of the Court addressing the disclosure of settlement claimant information.

2. The Insurer shall use the claimant information solely for the purpose of administering its obligations under its insurance policy with Kimberly-Clark. The Insurer shall not use such information for any purpose other than the administration of the Settlement, including but not limited to: (a) challenging or disputing the validity of claims approved by the Settlement Administrator; (b) delaying the administration or payment of valid and payable claims pursuant to the Settlement Agreement; or (c) offering or using such information as evidence in any legal, regulatory, or administrative proceeding.

3. The disclosed information shall remain strictly confidential. The Insurer shall not disclose it to any third party, individual, entity, tribunal, or administrative agency. The Insurer may share the information only with its employees or agents retained solely for the permitted purpose, and only after such persons have executed Exhibit A of the Protective Order and have been provided a copy of any order of the Court addressing the disclosure of settlement claimant information. Neither the Insurer nor its agents shall contact any Settlement Class Member whose name is disclosed.

4. Within thirty (30) days after completion of its insurance claims administration process relating to the Settlement, the Insurer shall either destroy all claimant information received under this Stipulation. The Insurer shall provide Kimberly-Clark with written certification of compliance.

5. Any breach of this Stipulation, including the confidentiality or use restrictions, shall entitle the Parties to seek injunctive relief, specific performance, and any other legal or equitable remedy, including recovery of attorneys' fees and costs incurred in enforcement.

6.      Pursuant to the Court's Final Approval Order (ECF No. 129), this Court shall retain exclusive jurisdiction to enforce the terms of this Stipulation and resolve any disputes arising hereunder.

7.      Kimberly-Clark shall fund the Settlement as follows: in the event that the Insurer's pending motion to intervene is denied, then Kimberly-Clark will fund the settlement no later than September 19, 2025, or fourteen (14) days after the order denying the Insurer's pending motion to intervene becomes final in the district court, whichever occurs later; in the event that the Insurer's pending motion to intervene is granted, then Kimberly-Clark will fund the settlement no later than 14 days after the final resolution of the Insurer's challenges to the underlying class member claims, consistent with its obligations under § 6.1 of the Settlement Agreement.  Prompt delivery to the Insurer of the information mentioned above is a condition precedent to trigger the above funding timelines.

Dated: August 14, 2025                                Respectfully submitted,

/s/ J. Austin Moore
**STUEVE SIEGEL HANSON LLP**
J. Austin Moore

*Attorneys for Plaintiffs*

/s/ Timothy W. Loose
**GIBSON, DUNN & CRUTCHER LLP**
Timothy W. Loose

*Attorneys for Defendant Kimberly-Clark Corp.*

4

## **CERTIFICATE OF SERVICE**

On August 14, 2025, I caused to be electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ J. Austin Moore*
J. Austin Moore
