# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| MELISSA ARMSTRONG, *et al.*, individually and on behalf of other similarly situated persons,<br><br>   Plaintiffs,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION,<br><br>   Defendant. | Case No. 3:20-cv-03150-K |

## JOINT NOTICE REGARDING ADDITIONAL INFORMATION RELEVANT TO AUGUST 18 ORDER

The Parties respectfully submit this Joint Notice to provide additional information relevant to the Court's August 18, 2025 Order:

1. On August 18, 2025, this Court entered an Order directing the Settlement Administrator, Kroll Settlement Administration, LLC, to file a declaration—under seal—on or before August 29, 2025, explaining how many of the claims that it has determined are valid and payable resulted from direct notice to putative class members versus indirect notice to putative class members. (ECF No. 167).

2. Under the Settlement Agreement, the Parties agreed that the "Settlement Administrator will provide direct Notice . . . to those Settlement Class Members for whom the Settlement Administrator has obtained contact information through third party subpoenas served by Class Counsel." Settlement Agreement, ECF No. 117-1 § 4.1. The Parties further agreed that "Amazon, Inc. will separately provide direct Notice by the Notice Deadline, one time, via email

to the email addresses in Amazon's possession associated with consumers that Amazon, Inc. previously identified as purchasing affected Wipes." *Id.*, § 4.2.

3. In connection with final approval, Kroll submitted a declaration confirming that it had received data files from numerous third-party retailers—excluding Amazon—in response to subpoenas served by Class Counsel. ECF No. 126-2, ¶ 6.

4. After de-duplicating and processing that data, Kroll successfully sent 2,491,739 emails and mailed 1,255,140 postcards via U.S. Mail to Settlement Class Members identified through the third-party subpoenas. In total, 3,746,879 unique Settlement Class Members received notice through email or postal mail via Kroll. *Id.*, ¶¶ 12-17.

5. Separately, Amazon identified 1,080,663 customers who had received recall notices relating to the wipes products that are the subject of this litigation. On November 13, 2023, Amazon sent email notice of the Settlement to those Settlement Class Members who purchased the recalled products via Amazon. ECF No. 127-1, ¶¶ 3-7.

6. Kroll and Amazon collectively mailed and emailed 4,827,542 notices between November 9, 2023, and November 13, 2023, which the Court noted in its Final Approval Order. *See* ECF No. 129 at 3.

7. In connection with the Court's August 18, 2025 Order, Kroll advised the Parties that it has never taken possession of Amazon's class data, and therefore cannot identify which Amazon notice recipients submitted approved claims. As a result, Kroll advised the Parties that it cannot accurately determine the total percentage of approved claims resulting from direct notice.

8. Kroll is, however, able to use matching criteria to identify the number of approved claimants who received direct notice based on the notices it sent, and it intends to explain the methodology it used to make that determination in its forthcoming declaration.

9. On August 20, 2025, counsel for the Parties participated in a video conference with Amazon's counsel to discuss potential options to allow for a comparison of the list of approved claims to Amazon's data.

10. Amazon's counsel indicated that it would raise the issue with Amazon, and advised the Parties it is unlikely that a response will be available prior to the August 29 deadline.

11. The Parties raise this issue to ensure the Court has the benefit of a complete and accurate record prior to the August 29 deadline, and stand ready to proceed as the Court deems appropriate, including by participating in a teleconference to discuss these issues and potential options at the Court's convenience.

12. The Parties will provide a copy of this notice to counsel for National Fire, as well as counsel for Kroll and Amazon.

Dated: August 21, 2025                                    Respectfully submitted,

*/s/ J. Austin Moore*
**STUEVE SIEGEL HANSON LLP**
J. Austin Moore

*Attorneys for Plaintiffs*

*/s/ Timothy W. Loose*
**GIBSON, DUNN & CRUTCHER LLP**
Timothy W. Loose

*Attorneys for Defendant Kimberly-Clark Corp.*

## **CERTIFICATE OF SERVICE**

On August 21, 2025, I caused to be electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ J. Austin Moore*
J. Austin Moore