IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MELISSA ARMSTRONG *et al.*,<br><br>Plaintiffs,<br><br>-v-<br><br>KIMBERLY-CLARK CORPORATION,<br><br>Defendant. | Civil Action No. 3:20-CV-3150-K<br>LEAD CASE<br><br>(Consolidated with Civil Action No. 3:21-CV-01484-M)<br><br>JUDGE ED KINKEADE<br><br>MAGISTRATE JUDGE REBECCA RUTHERFORD |

## NOTICE OF KROLL-RELATED FILING IN EAST PALESTINE LITIGATION

Proposed Intervenor National Fire & Marine Insurance Company ("National Fire") respectfully notifies the Court that on October 3, 2025, Class Counsel's Request to Amend the Court's Prior Orders to Restructure the Process for a Show Cause Order Against Kroll Settlement Administration, LLC was filed in *In re: East Palestine Tran Derailment*, No. 4:23-cv-0242 (N.D. Ohio) (the "Kroll-Related Filing"). A copy of the Kroll-Related Filing is attached hereto as Exhibit 1.

In the Kroll-Related Filing, class counsel states that it and its auditor "continue to find additional errors and violations by Kroll as the review continues"[1] and that "they can show clear and convincing evidence that Kroll violated the Court's prior Order on the Plan of Distribution."[2] Class counsel further asserts that "Kroll's errors and failures to follow the Court's Order go far beyond mathematical errors – by way of example they run as deep as

---

[1] *See* Kroll-Related Filing at 2.
[2] *Id.* at 3.

improper denial of claims, errors in Kroll's underlying data, and applying multipliers that are not contained in the Court's Order requiring Kroll to follow the Plan of Distribution."[3]

The Kroll-Related Filing is relevant to National Fire's Motion to Intervene (ECF 131) and the previously articulated concerns regarding Kroll's methodology and conduct as settlement sdministrator in this case. National Fire provides this notice to keep the Court apprised of developments that may bear on the issues currently before the Court in this matter.

Dated: October 7, 2025

Respectfully submitted,

/s/ Daniel D. McGuire
Daniel D. McGuire
State Bar No. 24081282
PIERSON FERDINAND LLP
450 S. Denton Tap Rd. Suite 2211
Coppell, TX 75019
Telephone: (214) 295-7676
dan.mcguire@pierferd.com

and

Andrew D. Shapiro (*pro hac vice*)
PIERSON FERDINAND LLP
111 West Jackson, Suite 1700
Chicago, Illinois 60604
Telephone: (312) 248-0165
andrew.shapiro@pierferd.com

and

Marc A. Lindemann (*pro hac vice*)
PIERSON FERDINAND LLP
1270 Avenue of the Americas, 7th Floor
New York, New York 10020
Telephone: (646) 347-7952
marc.lindemann@pierferd.com

*Attorneys for Proposed Intervenor National Fire & Marine Insurance Company*

---

[3] *Id.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2025, I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will cause a copy to be served upon all counsel of record.

> */s/ Daniel D. McGuire*
> Daniel D. McGuire
> *Counsel for Proposed Intervenor*