IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MELISSA ARMSTRONG *et al.*,<br><br>Plaintiffs,<br><br>-v-<br><br>KIMBERLY-CLARK CORPORATION,<br><br>Defendant. | Civil Action No. 3:20-CV-3150-K<br>LEAD CASE<br><br>(Consolidated with Civil Action No. 3:21-CV-01484-M)<br><br>JUDGE ED KINKEADE<br><br>MAGISTRATE JUDGE REBECCA RUTHERFORD |

## NOTICE OF KROLL-RELATED FILING IN EAST PALESTINE LITIGATION

Proposed Intervenor National Fire & Marine Insurance Company ("National Fire") respectfully notifies the Court that on October 23, 2025, Class Counsel's Memorandum in Support of Their Step One Motion for an Order to Show Cause Against Kroll Settlement Administration LLC was filed in *In re: East Palestine Tran Derailment*, No. 4:23-cv-0242 (N.D. Ohio) (the "October 23 Kroll-Related Filing"). A copy of the October 23 Kroll-Related Filing is attached hereto as Exhibit 1.

In the October 23 Kroll-Related Filing, class counsel asks the court to find Kroll in contempt for "materially misrepresenting to the parties and the Court its experience, skill and expertise in administering class action settlements involving the use of a point-based allocation system[,] failing to adhere to Court Orders[,] concealing material errors in the implementation of the Plan of Distribution [and,] failing to diligently or adequately collect and record data from the Settlement Class[.]"[1]  Class counsel also asks the court to order disgorgement of all sums paid to

---

[1] October 23 Kroll-Related Filing at 26.

Kroll and to order Kroll to return the more than $9.5 million in payments received for "work improperly performed as Settlement Administrator[.]"[2]

This Court is well aware of the concerns National Fire and Mr. Heller have raised concerning Kroll's potentially erroneous validation of nearly half a million fraudulent claims. Notably, class counsel in *East Palestine* also uncovered significant errors with respect to claims approved by Kroll in that matter. "Specifically, [class counsel's auditor's] initial review of approved claims has already found that based on Kroll's own data input, at least 919 approved claims had proof of residence dates outside the acceptable date range contained in the Plan of Distribution[.]"[3] Class counsel's auditor further determined that Kroll only formally reviewed and allocated any sort of points with respect to 4,420 of the 16,600 purportedly "Valid" claims.[4]

Class counsel's brief also reveals another case in which Kroll was replaced as settlement administrator, *Devry University Settlement*.[5] According to class counsel, "had Kroll disclosed the *Devry* errors to Class Counsel, it would not have been selected as Settlement Administrator or offered to the Court for appointment in *East Palestine*."[6]

The October 23 Kroll-Related Filing is relevant to National Fire's Motion to Intervene (ECF 131) and the previously articulated concerns regarding Kroll's methodology and conduct as settlement administrator in this case. National Fire provides this notice to keep the Court apprised of developments that may bear on the issues currently before the Court in this matter.

---

[2] *Id.*
[3] *Id.* at 17.
[4] *Id.*
[5] *See id.* at 15 n. 14 ("The error instead appears to be the result of some fault in Kroll's processing and quality control review similar to the miscalculation errors Kroll committed in the *Devry University Settlement*, where Kroll had to be replaced as settlement administrator when it mis-scored some 50,000 claims to the tune of roughly $16.5 million in incorrect payments.
[6] *Id.*

Dated: October 27, 2025                    Respectfully submitted,

*/s/ Daniel D. McGuire*
Daniel D. McGuire
State Bar No. 24081282
PIERSON FERDINAND LLP
450 S. Denton Tap Rd. Suite 2211
Coppell, TX 75019
Telephone: (214) 295-7676
dan.mcguire@pierferd.com

and

Andrew D. Shapiro (*pro hac vice*)
PIERSON FERDINAND LLP
111 West Jackson, Suite 1700
Chicago, Illinois 60604
Telephone: (312) 248-0165
andrew.shapiro@pierferd.com

and

Marc A. Lindemann (*pro hac vice*)
PIERSON FERDINAND LLP
1270 Avenue of the Americas, 7th Floor
New York, New York 10020
Telephone: (646) 347-7952
marc.lindemann@pierferd.com

*Attorneys for Proposed Intervenor National Fire & Marine Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2025, I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will cause a copy to be served upon all counsel of record.

*/s/ Daniel D. McGuire*
Daniel D. McGuire
*Counsel for Proposed Intervenor*