IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MELISSA ARMSTRONG *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> KIMBERLY-CLARK CORPORATION, <br><br> Defendant. | Civil Action No. 3:20-CV-3150-K LEAD CASE <br><br> (Consolidated with Civil Action No. 3:21-CV-01484-M) <br><br> JUDGE ED KINKEADE <br><br> MAGISTRATE JUDGE REBECCA RUTHERFORD |

### NOTICE OF KROLL-RELATED ORDER AND STIPULATION IN EAST PALESTINE LITIGATION

Proposed Intervenor National Fire & Marine Insurance Company ("National Fire") respectfully notifies the Court that on December 22, 2025, the Court hearing the *In re: East Palestine Train Derailment*, No. 4:23-cv-0242 (N.D. Ohio) matter, entered an Order Approving Stipulation Between Class Counsel and Kroll Settlement Administration LLC Resolving Settlement Administration Issues. The Order adopted the Stipulation's terms and conditions as if set forth more fully in the Order. A copy of the Order is attached hereto as Exhibit 1. A copy of the Stipulation is attached hereto as Exhibit 2.

Pursuant to the Order and Stipulation, Kroll has agreed to pay to the Settlement Class the sum of $17,250,000 to compensate and make whole the Settlement Fund for any alleged violations or errors committed by Kroll in its administration of the Settlement.[1]

Kroll's making of the Settlement Payment will broadly release Kroll from all claims for relief by Class Counsel and/or the Settlement Class that were made and or could have been made

---

[1] Ex. 2 at 2-3, ¶ 2.

in connection with the Show Cause Process – including Class Counsel's Step One Motion for an Order to Show Cause Against Kroll, and any potential Step Two Motion.[2] The Stipulation further provides that the entire Show Cause Process shall be fully and finally discharged and dismissed with prejudice, and provides that Kroll shall have no further obligations in the *East Palestine Train Derailment* action.[3]

On October 7, 2025, National Fire submitted Class Counsel's Request to Amend the Court's Prior Orders to Restructure the Process for a Show Cause Order Against Kroll. (ECF 178-1.) On October 23, 2025, National Fire submitted Class Counsel's Memorandum in Support of Their Step One Motion. (ECF 179-1).

The Order and Stipulation are relevant to National Fire's Motion to Intervene (ECF 131) and the previously articulated concerns regarding Kroll's methodology and conduct as settlement administrator in this case. National Fire provides this notice to keep the Court apprised of developments that may bear on the issues currently before the Court in this matter.

Dated: December 29, 2025                                      Respectfully submitted,

/s/ Daniel D. McGuire
Daniel D. McGuire
State Bar No. 24081282
PIERSON FERDINAND LLP
450 S. Denton Tap Rd. Suite 2211
Coppell, TX 75019
Telephone: (214) 295-7676
dan.mcguire@pierferd.com

and

---

[2] *Id.* at 3, ¶ 3A.
[3] *Id.* at 3, ¶¶ 3B and 3C.

>Andrew D. Shapiro (*pro hac vice*)
>PIERSON FERDINAND LLP
>111 West Jackson, Suite 1700
>Chicago, Illinois 60604
>Telephone: (312) 248-0165
>andrew.shapiro@pierferd.com
>
>and
>
>Marc A. Lindemann (*pro hac vice*)
>PIERSON FERDINAND LLP
>1270 Avenue of the Americas, 7th Floor
>New York, New York 10020
>Telephone: (646) 347-7952
>marc.lindemann@pierferd.com
>
>*Attorneys for Proposed Intervenor National Fire & Marine Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2025, I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will cause a copy to be served upon all counsel of record.

>*/s/ Daniel D. McGuire*
>Daniel D. McGuire
>*Counsel for Proposed Intervenor*

3